223 F.2d 627
 96 U.S.App.D.C. 162
 James Warren THOMPSON, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 12004.
 United States Court of Appeals District of Columbia Circuit.
 Argued Dec. 16, 1954.
Decided April 19, 1955.
Petition for Rehearing Denied May 9, 1955.
 
 Mr. James J. Laughlin, Washington, D.C., with whom Mr. Albert J. Ahern, Jr., Washington, D.C., was on the brief, for appellant.
 Mr. Lewis Carroll, Asst. U.S. Atty., with whom Messrs. Leo A. Rover, U.S. Atty., and Victor W. Caputy, Asst. U.S. Atty., were on the brief, for appellee.
 Before BAZELON, FAHY and DANAHER, Circuit Judges.
 PER CURIAM.
 
 
 1
 We find no prejudicial error in this appeal from a conviction for armed robbery. D.C.Code 1 22-2901 (1951).
 
 
 2
 Affirmed.